

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 30, 2026

**BY ECF**
Hon. Jesse M. Furman
United States District Judge
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Juan Soto Chala Francisco</u>, 15 Cr. 252 (JMF)

Dear Judge Furman:

    The Government writes respectfully to request that the Court enter an order directing the Probation Office to provide the Government with the presentence investigation report (the "PSR") in the above-referenced case (the "2015 Case").

    The defendant has been charged in an ongoing case under the name Juan Soto-Chala, No. 24 Mag. 3390 (S.D.N.Y.), in which the parties are discussing potential pretrial dispositions. The PSR is likely to include information relevant to the resolution of the defendant's current case that is not otherwise readily available to the parties, including because the Government's records from the 2015 Case (which may not include a paper copy of the PSR) have been archived at a location outside of New York. While these records may include a copy of the PSR, retrieving the records could take considerable time and delay the parties' efforts at resolving the current case. If the Court issues the requested order, the Government will provide a copy of the PSR to the defendant's current counsel upon its receipt from the Probation Office. The defendant, through current counsel, takes no position on the Government's application.

Application GRANTED. The Clerk of Court is directed to terminate Doc. #44.

    Respectfully submitted,

SO ORDERED.

JAY CLAYTON
United States Attorney

February 2, 2026

by: _____
    Justin Horton
    Assistant United States Attorney
    (212) 637-2276

cc:    Joy Chen, Esq.
        Counsel for Defendant Juan Soto-Chala